UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Criminal Productions, Inc.
                              Plaintiff,

v.                                             Case No.: 1:16−cv−05511
                                               Honorable John J. Tharp Jr.

Does 1−17, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 12, 2016:

    MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the plaintiff's notice of voluntary dismissal [13] pursuant to Rule 41(a)(1)(A)(i), Doe Defendants 2 (73.246.239.488), 3 (73.208.58.213), and 7 (73.45.26.37) are dismissed from this case with prejudice. The hearing set for 10/28 stands unless all remaining defendants are dismissed before that date. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.